# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-1249

———————————————

ANDRE COACHMAN,

   Appellant,

v.

BUILDERS FIRSTSOURCE INC.,
and LIBERTY INSURANCE
COMPANY,

   Appellees.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: April 6, 2021.

June 10, 2026

PER CURIAM.

   AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Randall T. Porcher, Morgan & Morgan, Tallahassee, and Catherine F. Agacinski of Silver and Agacinski, Tampa, for Appellant.

Walter G. Benjamin and Timothy A. Dunbrack of Goldberg Segalla, LLP, Orlando, and Chelsea Bellew of Goldberg Segalla, LLP, West Palm Beach, for Appellees.